In the Matter of CHARMAYNE COATES, Appellant, v GREGORY LEE, Respondent.

Submitted November 27, 2006; decided January 9, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

HUNTS POINT TERMINAL PRODUCE COOPERATIVE ASSOCIATION, INC., Appellant, v NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION et al., Respondents.

Submitted November 20, 2006; decided January 9, 2007

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

MURIEL SIEBERT & Co., INC., Appellant, v INTUIT INC., Respondent.

Submitted January 2, 2007; decided January 9, 2007

Motion by New York State Trial Lawyers Association for leave to file a brief amicus curiae on the appeal herein granted. Three copies of the brief may be served and an original and 24 copies filed within seven days.